UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    14-cr-00415-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GABRIEL JAMES QUINTANA,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on a review of the file.   AUSA Jason St. Julien is representing the government in this case.   From August 2012 until August 2014, Mr. St. Julien served as a law clerk in my chambers.   Because of this relationship, I believe it would be inappropriate for me to preside over this case.   Accordingly, I find that I should recuse myself from the case.   It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:   October 21, 2014

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge